UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NICHOLAS R. DRUCKENMILLER,

    Plaintiff,

v.                                Case No:   2:20-cv-119-FtM-29NPM

PORTFOLIO RECOVERY
ASSOCIATES, LLC,

    Defendant.

_____

**TRACK TWO NOTICE AND CORPORATE DISCLOSURE**

    This suit is designated as a **Track Two** case under Local Rule 3.05. To comply with Federal Rule of Civil Procedure 16, all counsel and any *pro se* litigant must meet in person or telephonically to prepare a Case Management Report within **thirty (30) days** after any defendant's first formal appearance by answer or motion except for certain cases filed under ERISA, TCPA (as amended by the Junk Fax Prevention Act), FDCPA, RESPA, FCRA, FLSA, FCCPA, and the ADA.[1] The Case Management Report, found on each presiding district judge's website, must be filed no later than **fourteen (14) days** after the meeting. Except as authorized by Federal Rule of Civil Procedure 26(d), no party may seek discovery from any source before the meeting, unless the Court orders otherwise.

    All nongovernmental corporate parties **must** comply with Federal Rule of Civil Procedure 7.1 by identifying any parent corporation and any publicly held corporation owning 10% or more of its stock, or state that there is no such corporation with the first

---

[1] For cases brought under the ERISA, TCPA, FDCPA, RESPA, FCRA, FLSA, FCCPA, and ADA cases, a scheduling order uniquely tailored to the case will be issued by the Court upon any Defendant's first appearance by answer or motion.

appearance, pleading, petition, motion, response, or other request addressed to the Court, and promptly file a supplemental statement if any required information changes. The failure to do so may result in the imposition of sanctions, including striking the first appearance, pleading, petition, motion, response, or other request.

Plaintiff (or Defendant in a removal case) is responsible for serving a copy of this Order on each party no later than **fourteen (14) days** after appearance of the party.

**DONE** and **ORDERED** in Fort Myers, Florida on this 3rd day of March 2020.

| SHERI POLSTER CHAPPELL | JOHN E. STEELE |
|---|---|
| Sheri Polster Chappell | John E. Steele |
| United States District Court Judge | Senior United States District Court Judge |
| | |
| THOMAS P. BARBER | MAC R. MCCOY |
| Thomas P. Barber | Mac R. McCoy |
| United States District Court Judge | United States Magistrate Judge |
| | |
| NICHOLAS MIZELL | |
| Nicholas P. Mizell | |
| United States Magistrate Judge | |

Copies: All Parties of Record