**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

NICHOLAS R. DRUCKENMILLER,

    Plaintiff,

v.                                         Case No. 2:20-cv-00119-JES-NPM

PORTFOLIO RECOVERY
ASSOCIATES, LLC,

    Defendant.

_____/

**DEFENDANT'S UNOPPOSED MOTION FOR CORPORATE**
**REPRESENTATIVE TO ATTEND MEDIATION VIA VIDEO CONFERENCE**

Defendant, Portfolio Recovery Associates, LLC, by and through its undersigned attorneys and in accordance with Local Rule 3.01, hereby files this, its Unopposed Motion for Corporate Representative to Attend Mediation via Video Conference, and in support thereof, states as follows:

1. The Court's Fast-Track Scheduling Order (DE 12) (the "Scheduling Order") requires the Parties' to mediate their dispute by November 26, 2020.

2. The Scheduling Order requires that "[a]ll counsel, parties, corporate representatives, and any other required claims professionals must be present at the mediation with full authority to negotiate a settlement." Scheduling Order ¶ 5(d)(iii); see also Local Rule 9.05(c).

3. The Scheduling Order further provides that, "[a]bsent exigent circumstances and the Court's leave, *lead counsel* must appear in person at the mediation." Scheduling Order ¶ 5(d)(iii) (emphasis added). The attendance of the Parties or the Parties' corporate representatives are not expressly included in the "exigent circumstances" standard imposed by the Scheduling Order.

4. Due to the coronavirus pandemic, Defendant respectfully requests permission for

its corporate representative to attend the Parties' mediation via video conference.

5. This request is for Defendant's corporate representative only. Absent exigent circumstances and leave of Court, counsel for Defendant will attend the mediation in-person.

6. Counsel for Plaintiff does not oppose the relief requested by this motion, and indicated that Plaintiff may be filing a similar motion.

WHEREFORE, Defendant respectfully requests that the Court enter granting this motion, authorizing Defendant's corporate representative to appear at the mediation via video conference, and granting Defendant such other and further relief as the Court deems just and proper.

## LOCAL RULE 3.01(g) CERTIFICATION

In accordance with Local Rule 3.01(g), the undersigned certifies that counsel for the Parties conferred regarding this motion, and as noted above, opposing counsel does not oppose the relief requested by this motion.

>  */s/ **John P. Gaset**
>  Robert E. Sickles, Esq.
>  Florida Bar No. 167444
>  robert.sickles@dinsmore.com
>  John P. Gaset, Esq.
>  Florida Bar No. 98415
>  john.gaset@dinsmore.com
>  **DINSMORE & SHOHL LLP**
>  One Tampa City Center
>  201 N. Franklin Street, Suite 3050
>  Tampa, FL 33602
>  Telephone: (813) 543-9848
>  Facsimile: (813) 543-9849
>  *Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 13, 2020, the foregoing was electronically filed with the Clerk of Court using the ECF electronic filing system which electronically notifies the following:

>Alexander J. Taylor, Esq.
>Sulaiman Law Group, Ltd.
>2500 South Highland Avenue, Suite 200
>Lombard, IL  60148
>ataylor@sulaimanlaw.com
>autodocket@sulaimanlaw.com
>jdavidson@sulaimanlaw.com
>jsharon@sulaimanlaw.com
>jvlahakis@sulaimanlaw.com
>ldixon@sulaimanlaw.com
>mbadwan@sulaimanlaw.com
>mdaher@sulaimanlaw.com

>*/s/* ***John P. Gaset***
>John P. Gaset, Esq.
>Florida Bar No. 98415